UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>CIBC MELLON TRUST COMPANY, ALNOOE JIWAN, WARREN J. SOLOSKI, and SEAN NEVETT.<br><br>Defendants. | Civil Action No.<br>1:05CV333(PLF)<br>1:03CV1992(PLF)<br>1:03CV1993(PLF)<br>1:03CV1994(PLF) |

### ORDER ACCEPTING THE FINAL ACCOUNTING, TRANSFERRING REMAINING FUNDS AND ANY FUNDS RECEIVED BY THE DISTRIBUTION FUND IN THE FUTURE TO THE U.S. TREASURY, DISCHARGING THE DISTRIBUTION AGENT, AND TERMINATING THE DISTRIBUTION FUND.

The Court, having considered the Securities and Exchange Commission's (the "SEC's") Motion for an Order Accepting the Final Accounting, Transferring Remaining Funds and Any Funds Received by the Distribution Fund in the Future to the U.S. Treasury, Discharging the Distribution Agent, and Terminating the Distribution Fund (the "Motion"); the Consolidated Final Accounting Report attached as Exhibit A to the Motion; and any other papers filed in connection with the Motion; and **for good cause shown, the Motion is hereby GRANTED**.

**IT IS HEREBY ORDERED**:

1. The Final Accounting is accepted;
2. The Clerk of the Court is directed to transfer to the SEC all funds remaining in the Distribution Fund in the CRIS, minus all fees and expenses due to the CRIS, for transmittal to the U.S. Treasury;

3. After payment of all outstanding fees and expenses, the SEC shall transfer all funds remaining in the Distribution Fund, and any funds received by the Distribution Fund in the future, to the U.S. Treasury, subject to Section 21F(g)(3) of the Securities Exchange Act of 1934 [15 U.S. Code §78u-6(g)(3)];

4. The Distribution Agent is DISCHARGED; and

5. The Distribution Fund is TERMINATED.

Dated: 2/26/25

*Paul L. Friedman*
**U.S. DISTRICT JUDGE**